1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

16   UNITED STATES OF AMERICA,                )   No. CR 11-0033 WHA
                                              )
17          Plaintiff,                        )   STIPULATION AND [PROPOSED] ORDER
                                              )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                                     )
                                              )
19   JORGE SOTELO-TIRANDO,                     )
                                              )
20          Defendant.                        )
                                              )
21   _____ )

22          The parties appeared before the Court on January 25, 2011.  With the agreement of

23   counsel for both parties, the Court found and held as follows:

24          1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

25   from January 25, 2011 to February 15, 2011, in light of the need for the defense to effectively

26   prepare for the case.  Failure to grant the requested continuance would unreasonably deny

27   defense counsel reasonable time necessary for effective preparation of counsel, taking into

28   account the exercise of due diligence.

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. JORGE SOTELO-TIRANDO, CR 11-0033                                          1

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from January 25, 2011 to February 15, 2011, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from January 25, 2011 to February 15, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


SO STIPULATED:


MELINDA HAAG
United States Attorney


DATED: February 3, 2011          _____/s/_____
PATRICIA SPALETTA
Special Assistant United States Attorney


DATED: February 3, 2011          _____/s/_____
Loren Stewart
Assistant Federal Public Defender


SO ORDERED.


DATED: ___February 7, 2011.___
                                 _____
THE HON. WILLIAM H. ALSUP
United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. JORGE SOTELO-TIRANDO, CR 11-0033                                    2