UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0033 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| JORGE SOTELO-TIRANDO, ) | |
| Defendant. ) | |

The parties appeared before the Court on February 15, 2011. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 15, 2011 to March 15, 2011, in light of the need for the defense to review additional discovery and consider a plea offer. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence.

1      2.  Given these circumstances, the Court found that the ends of justice served by excluding

2  the period from February 15, 2011 to March 15, 2011 , outweigh the best interest of the public

3  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

5  from February 15, 2011 to March 15, 2011, be excluded from the Speedy Trial Act calculations

6  under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8      SO STIPULATED:

10                                                       MELINDA HAAG
                                                      United States Attorney

12 DATED: February 22, 2011                 /s/
                                                      PATRICIA SPALETTA
13                                                       Special Assistant United States Attorney

15 DATED: February 22, 2011                 /s/
                                                      Loren Stewart
16                                                       Assistant Federal Public Defender

18 SO ORDERED.

20 DATED: February 28, 2011.
                                                      THE HON. WILLIAM H. ALSUP
21                                                       United States District Judge