1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )     No. CR-11-0033 WHA
                                          )
12                  Plaintiff,            )     **STIPULATION AND** ~~[PROPOSED]~~
                                          )     **ORDER CONTINUING SENTENCING**
13                                        )     **HEARING**
     vs.                                  )
14                                        )     **Current Sentencing Date: Apr. 19, 2011**
                                          )     Time:          2:00 p.m.
15   JORGE SOTELO-TIRANDO,                )     Judge:         Hon. William H. Alsup
                                          )
16                  Defendant.            )     **Proposed Sentencing Date: Apr. 26, 2011**
                                          )     Time:          2:00 p.m.
17   _____)     Judge:         Hon. William H. Alsup

18          The above-captioned case is currently scheduled for sentencing on Tuesday, April

19   19, 2011 at 2:00 p.m.  Mr. Sotelo respectfully requests that the Court continue the

20   sentencing hearing to April 26, 2011 at 2:00 p.m.  The probation officer and the

21   government have no objection to the change and have represented that they are available

22   for the proposed date.

23          Undersigned defense counsel has a scheduling conflict that will require him to be

24   out-of-district for personal reasons on the currently scheduled sentencing date.  Counsel

25   for Mr. Sotelo contacted Special Assistant United States Attorney Patricia Spaletta, who

26   did not oppose the request and indicated that the change would be convenient because she

STIP & ~~[PROPOSED]~~ ORDER CONTINUING
SENTENCING, CR-11-0033 WHA                    1

1  will be out on medical leave during the time that her sentencing memorandum would be

2  due.  United States Probation Officer E. Ann Searles represented that she did not object to

3  the change.  Defense counsel also contacted Your Honor's Courtroom Deputy, Ms.

4  Toland, who confirmed the Court's availability for the continued sentencing on April 26,

5  2011.

6       The parties and the probation officer jointly request that the date for sentencing in

7  this case be continued until Tuesday, April 26, 2011 at 2:00 p.m.

8  **IT IS SO STIPULATED.**

9

10  __April 5, 2011__                                   __/s/__
     DATED                          LOWELL POWELL for PATRICIA SPALETTA
11                                  Special Assistant United States Attorneys

12
     __April 5, 2011__                                   __/s/__
13   DATED                          LOREN STEWART
                                    Assistant Federal Public Defender
14                                  Attorney for Jorge Sotelo Tirando

15

16                          ~~[PROPOSED]~~ **ORDER**

17       For good cause shown, the sentencing now scheduled for Tuesday, April 19, 2011

18  is vacated.  The matter shall be added to the Court's calendar on Tuesday, April 26, 2011

19  at 2:00 p.m. for sentencing.

20

21  **IT IS SO ORDERED.**

22

23

24  __April 5, 2011.__                          _____
     DATED                          HON. WILLIAM H. ALSUP
25                                  United States District Court Judge

26

STIP & ~~[PROPOSED]~~ ORDER CONTINUING
SENTENCING, CR-11-0033 WHA            2